UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F., <br>              Plaintiff, <br>     v. <br> SSA (INTERESTED PARTY / NEF), et al., <br>             Defendants. | Case No. 23-cv-01456-KAW <br><br> **ORDER TO SHOW CAUSE** |

On March 28, 2023, Plaintiff filed the instant case, seeking judicial review of an adverse decision regarding Social Security disability benefits. (Compl., Dkt. No. 1.) Pursuant to the Supplemental Rules for Social Security Action under 42 U.S.C. § 405(g), Plaintiff's motion for summary judgment was due within 30 days of the answer being filed. (*See* Dkt. No. 5.) The answer may be limited to a certified copy of the administrative record. (*Id.*)

On May 26, 2023, the administrative record was filed in this case. (Dkt. No. 8.) Thus, Plaintiff's motion for summary judgment was due no later than June 26, 2023. To date, Plaintiff has filed neither a motion for summary judgment nor a request or stipulation for an extension of time. Accordingly, the Court ORDERS Plaintiff to show cause, by **July 21, 2023**, why this case should not be dismissed for failure to prosecute by: (1) filing a motion for summary judgment or a request or stipulation for an extension of time, and (2) explaining why Plaintiff failed to timely file a motion for summary judgment.

IT IS SO ORDERED.

Dated: July 7, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge